M:\STETTIN\Mediations\Baywind-Cessna\Mediation Report.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-22983-JORDAN / McALILEY

| | |
|---|---|
| BAYWIND HOLDINGS, INC., a foreign corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CESSNA FINANCE CORPORATION, a foreign corporation, | ) ) ) |
| Defendant. | ) ) ) |

FILED by SD D.C.
APR 2 3 2010
STEVEN M. LARIMORE
CLERK U. S. DIST.
S. D. of FLA. – MIA.

## REPORT OF MEDIATION

The undersigned served as Mediator at a mediation held March 31, 2010. The parties have reached a settlement of their differences and have agreed to hold the terms of the settlement confidential.

Dated: April 13, 2010

Respectfully submitted,

By: _____
Herbert Stettin, Mediator

Copies Furnished To:
　　Edward H. Davis, Jr., Esquire
　　David M. Goldstein, Esquire